## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on November 10, 2021**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LANMÒ SANJOU,**<br>**also known as,**<br>**"LANMÒ SAN JOU,"**<br>**"LAMÒ SANJOU," and**<br>**"JOSEPH WILSON,"**<br>**Defendant.** | Case No. _____<br><br>**VIOLATIONS:**<br><br>**18 U.S.C. § 1203(a) (Conspiracy to Commit Hostage Taking)**<br><br>**18 U.S.C. § 1203(a) & 2 (Hostage Taking)**<br><br>**Filed Under Seal** |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

### (Conspiracy to Commit Hostage Taking)

At all times material to this Indictment:

### *400 Mawozo and Haiti Kidnappings*

1.     400 Mawozo is a Haitian gang and criminal organization that operated in and around the Croix-des-Bouquets area to the east of Port-au-Prince, Haiti.

2.     400 Mawozo was founded by JOLY GERMINE, also known as "Yonyon." At all times relevant to this Indictment, GERMINE was incarcerated in Haiti. However, GERMINE continued to serve as a leader of 400 Mawozo.

3.     400 Mawozo conducted criminal activity to generate revenue, including car theft,

extortion, and kidnapping for ransom. 400 Mawozo used the revenue to pay salaries to its members and also to pay for weapons and ammunition from the United States and elsewhere.

4.      Beginning on or about January 12, 2020, 400 Mawozo was engaged in armed kidnappings of U.S. citizens in Haiti for ransom.

5.      Relevant to this Indictment, from on or about October 16, 2021, until on or about December 16, 2021, 400 Mawozo was engaged in a conspiracy to kidnap sixteen U.S. Christian missionaries and hold them for ransom.

### *The Defendant*

6.      The Defendant, **LANMÒ SANJOU**, also known as "Lanmò San Jou," "Lamò Sanjou," and "Joseph Wilson" (hereinafter "SANJOU"), was a Haitian national, last known to reside outside Port-au-Prince, Haiti.

7.      SANJOU was the senior leader and first in command of 400 Mawozo in Croix-des-Bouquets. SANJOU directed the gang's operations, and was in regular contact with other 400 Mawozo leaders, including GERMINE.

8.      SANJOU instructed 400 Mawozo members regarding their responsibilities for the gang and armed them with weapons.

9.      SANJOU paid the salaries of 400 Mawozo members by distributing revenue generated from the gang's illicit activities, including kidnapping ransom payments.

10.      Regarding 400 Mawozo's kidnapping operations, including those discussed herein, SANJOU would confer with other 400 Mawozo leaders, including GERMINE, and agree on the terms of ransom payments with other 400 Mawozo gang leaders. SANJOU regularly made calls to representatives of hostages demanding ransom payments.

*The Hostages*

11.     The hostages were seventeen Christian missionaries, sixteen of whom were citizens of the United States ("the Hostages").

12.     The Hostages ranged in age and included five children, one as young as eight months old.

13.     Prior to their kidnapping, the Hostages were all living in Haiti, taking part in activities and work related to a Christian missionary organization. Prior to their kidnapping, the Hostages lived at a facility owned by the missionary organization, outside Port-au-Prince, Haiti.

14.     The Hostages were seized on or about October 16, 2021. Two of the Hostages were released on or about November 20, 2021. Three of the Hostages were released on or about December 5, 2021. The remaining Hostages escaped from captivity on or about December 16, 2021.

*Jurisdiction and Venue*

15.     All of the acts referred to in this Indictment were begun and committed in Haiti, which is outside the jurisdiction of any particular state or district, but within the extraterritorial jurisdiction of the United States.

16.     A joint offender, namely GERMINE, was arrested in and first brought to the District of Columbia in connection with the offenses alleged herein, and therefore, pursuant to Title 18, United States Code, Section 3238, these acts are within the venue of the United States District Court for the District of Columbia.

*The Conspiracy*

17.     Beginning no later than on or about October 16, 2021, and continuing at least through on or about December 16, 2021, within the country of Haiti, GERMINE, **LANMO**

3

**SANJOU**, and other persons known and unknown to the Grand Jury, did conspire and agree to seize and detain and threaten to kill, to injure, and to continue to detain the following Hostages, all United States nationals, that is, Melodi Korver, Ryan Korver, Matthew Miller, Rachel Miller, Cherilyn Noecker, Cheryl Noecker, Courtney Noecker, Austin Smucker, Samuel Stoltzfus, Katie Yoder, Westley Yoder, and minors A.K., L.K., B.N., K.N., and S.N., in order to compel a third person to pay ransom for the release of the Hostages and to secure from the Haitian government GERMINE's release from prison in Haiti, as explicit and implicit conditions for the release of the Hostages.

### *Overt Acts*

18.     In furtherance of this conspiracy and to effect its objects, GERMINE, SANJOU, and other conspirators committed or caused to be committed the following overt acts, among others:

a.   On or about October 16, 2021, an associate of 400 Mawozo identified the Hostages as potential kidnapping targets to GERMINE, after seeing the Hostages driving on a public road in a van while visiting a local orphanage outside of Port-au-Prince, as part of their missionary organization's work.

b.   On or about October 16, 2021, after being informed of the same, GERMINE instructed 400 Mawozo members that the Hostages should be taken captive.

c.   On or about October 16, 2021, armed men confronted the Hostages' van at a roadblock and forced at gunpoint the Hostages' van driver to stop, eventually taking the driver out of his seat and taking control of the van.

d.   On or about October 16, 2021, members of 400 Mawozo drove the Hostages to an open field, where they were inspected by members of 400 Mawozo, including

SANJOU and other gang leaders.

e.  On or about October 16, 2021, armed 400 Mawozo members robbed the Hostages of their personal property.

f.  On or about October 16, 2021, members of 400 Mawozo drove the Hostages to a small house in a rural area of Haiti ("Location 1"), where they were forced out of their van at gun point.

g.  On or about October 16, 2021, SANJOU took a video of the Hostages.

h.  Beginning on or about October 16, 2021, at the instruction of SANJOU and other 400 Mawozo leaders, members of 400 Mawozo held the Hostages captive at Location 1 at gunpoint, locked in their rooms at night, and told the Hostages that they were not free to leave. The Hostages were guarded at night by a leader of 400 Mawozo and other gang members.

i.  On or about October 16, 2021, SANJOU called a representative of the missionary organization and stated that the Hostages were being held for a ransom of $1 million each.

j.  On or about October 16, 2021, approximately three hours after the Hostages were captured, GERMINE had a ten-minute call with SANJOU, during which another leader of 400 Mawozo joined the call for approximately three minutes.

k.  On or about October 16, 2021, in the evening hours, GERMINE had a five-minute three-way call with SANJOU and another leader of 400 Mawozo.

l.  On or about October 16, 2021, a leader of 400 Mawozo called GERMINE to report on the Hostages' condition.

m.  On or about October 16, 2021, GERMINE instructed a leader of 400 Mawozo to take care of the Hostages, as they were the key to GERMINE's freedom.

n.  Between on or about October 17, 2021, and on or about December 16, 2021, a translator for the gang told the Hostages that they would be alright because they were being held in exchange for the release of GERMINE from prison.

o.  On or about October 21, 2021, SANJOU appeared in a social media video and announced that the gang was holding the Hostages for ransom, stating that he would kill the Hostages if the $17 million ransom was not paid.

p.  On or about October 29, 2021, 400 Mawozo gang members guarding the Hostages directed the Hostages to perform manual labor outside.

q.  On or about October 30, 2021, SANJOU instructed a representative of the Hostages that the gang would stop feeding the Hostages if ransom was not paid.

r.  Between on or about November 6, 2021, and on or about November 10, 2021, on instruction of SANJOU, the gang moved the Hostages at gunpoint to a second location, also a house in the Haitian countryside ("Location 2"). As at Location 1, members of 400 Mawozo held the Hostages captive at Location 2 at gunpoint, locked in their rooms at night, and told the Hostages that they were not free to leave. The Hostages were guarded at night by a leader of 400 Mawozo and other gang members.

s.  On or about November 9, 2022, an associate of 400 Mawozo told a representative of the Hostages that the gang felt the ransom negotiations were not serious and stated the gang was insulted by the initial offerings made for release.

t.  On or about November 11, 2021, SANJOU contacted a representative of the
Hostages and claimed that, in lieu of ransom money, 400 Mawozo wanted
GERMINE freed from jail.

u.  On or about November 17, 2021, SANJOU posted a video on social media
addressing the "Americans" and claiming knowledge of attempts to recover the
Hostages.

v.  On or about November 19, 2021, in response to one of the Hostages being ill,
SANJOU and other leaders of the gang inspected the Hostage's condition and
reported back to GERMINE.

w.  On or about November 20, 2021, members of 400 Mawozo moved the Hostages
back to Location 1, where they continued to be guarded by the gang at gunpoint.

x.  On or about November 20, 2021, after obtaining permission from GERMINE, two
of the Hostages were released, due to one of the Hostages being ill. Thereafter,
GERMINE stated to other 400 Mawozo members that no additional hostages would
be released unless GERMINE was released from prison.

y.  On or about December 2, 2021, an associate of 400 Mawozo claimed that SANJOU
stated the gang wanted a $400,000 ransom payment for the Hostages.

z.  On or about December 4, 2021, SANJOU and other leaders of 400 Mawozo came
to Location 1 to inspect the Hostages.

aa. On or about December 5, 2021, SANJOU and other leaders of 400 Mawozo
conferred by phone with each other and with GERMINE about the release of three
of the Hostages.

bb. On or about December 5, 2021, three of the Hostages were released in an apparent exchange for a ransom payment being made.

cc. On or about December 16, 2021, after the Hostages had escaped, GERMINE, SANJOU, and other leaders of the gang exchanged phone calls with each other and an associate of 400 Mawozo.

dd. Additionally, on or about the following dates, members and associates of 400 Mawozo, including SANJOU, made ransom demands or negotiated ransom with representatives of the Hostages, in exchange for release of the Hostages:

     i.  October 16, 2021.
    ii.  October 22, 2021.
   iii.  October 24, 2021.
   iv.  October 31, 2021.
    v.  November 1, 2021.
   vi.  November 6, 2021.
  vii.  November 7, 2021.
 viii.  November 8, 2021.
   ix.  November 10, 2021.
    x.  November 11, 2021.
   xi.  November 17, 2021.
  xii.  November 19, 2021.
 xiii.  November 20, 2021.
 xiv.  November 21, 2021.
  xv.  November 22, 2021.
 xvi.  December 2, 2021.
 xvii.  December 4, 2021.
xviii.  December 5, 2021.

(**Conspiracy to Commit Hostage Taking**, in violation of Title 18, United States Code, Section 1203(a)).

## COUNTS TWO THROUGH SEVENTEEN

### (Hostage Taking)

19.    The Grand Jury realleges and incorporates by reference as if fully stated herein paragraphs 1 through 18 of Count One of this Indictment.

20.    Between on or about the dates listed below, within the country of Haiti, GERMINE, **LANMO SANJOU**, and other persons known and unknown to the Grand Jury, did seize and detain and threaten to kill, to injure, and to continue to detain the following Hostages, all United States nationals, in order to compel a third person to pay ransom for the release of the Hostages and to secure from the Haitian government the GERMINE's release from prison in Haiti, as explicit and implicit conditions for the release of the Hostages, and did aid and abet and cause others known and unknown to the Grand Jury to do the same.

| Count | Hostage | Dates of Captivity |
|-------|---------|--------------------|
| 2 | Melodi Korver | October 16-December 16, 2021 |
| 3 | Ryan Korver | October 16-December 16, 2021 |
| 4 | Matthew Miller | October 16-November 20, 2021 |
| 5 | Rachel Miller | October 16-November 20, 2021 |
| 6 | Cherilyn Noecker | October 16-December 16, 2021 |
| 7 | Cheryl Noecker | October 16-December 16, 2021 |
| 8 | Courtney Noecker | October 16-December 5, 2021 |
| 9 | Austin Smucker | October 16-December 16, 2021 |
| 10 | Samuel Stoltzfus | October 16-December 16, 2021 |
| 11 | Katie Yoder | October 16-December 5, 2021 |
| 12 | Westley Yoder | October 16-December 16, 2021 |
| 13 | A.K., a minor | October 16-December 16, 2021 |
| 14 | L.K., a minor | October 16-December 16, 2021 |
| 15 | B.N., a minor | October 16-December 16, 2021 |
| 16 | K.N., a minor | October 16-December 16, 2021 |
| 17 | S.N., a minor | October 16-December 5, 2021 |

(Hostage Taking and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 1203(a) and 2).

A TRUE BILL

FOREPERSON

*Matthew M. Graves /SM*

Attorney of the United States in
and for the District of Columbia

10